UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VELO, et al., <br><br> Plaintiff, <br><br> v. <br><br> CAMBRIAN PROPERTIES, LLC., et al <br><br> Defendants. | Case Number: C 11-01443 JSW (NC) <br><br> **NOTICE OF REFERRAL** |

The motion for default judgment filed by Plaintiffs has been referred to this Court by District Judge Jeffrey S. White for a report and recommendation. The parties must follow the briefing schedule set by District Judge White. This Court finds the motion suitable without oral argument. Should a hearing be necessary, the Court will notify the parties. Please see this Court's Civil Standing Order for more information.

IT IS SO ORDERED.

DATED: December 22, 2011

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 11-01443 JSW (NC)
ORDER SETTING HEARING