**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VELO ET AL,

    Plaintiffs,

v.

CAMBRIAN PROPERTIES, LLC, ET AL.,

    Defendants.

No. C 11-01443 JSW

**ORDER REFERRING MOTION TO SET ASIDE DEFAULT TO MAGISTRATE JUDGE COUSINS FOR REPORT AND RECOMMENDATION**

On February 2, 2012, Defendant filed a motion to set aside the default entered against them and noticed it for hearing on May 4, 2012. Pursuant to Northern District Civil Local Rule 72-1 and as the motion for default judgment was so referred, the Court HEREBY REFERS the motion to set aside default to Magistrate Judge Nathanael M. Cousins to prepare a report and recommendation on the motion. The hearing date set for May 4, 2012 is VACATED.

**IT IS SO ORDERED.**

Dated: February 8, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Magistrate Referral Clerk