1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TANYA VELO and others, | Case No. 11-cv-01443 JSW (NC) |
| Plaintiffs, | **ORDER SETTING BRIEFING SCHEDULE** |
| v. | Re: Dkt. No. 38 |
| CAMBRIAN PROPERTIES, LLC, | |
| Defendant. | |

Cambrian Properties' motion to set aside default currently is pending before this Court. *See* Dkt. No. 39. In accordance with Civil Local Rule 7-3, Plaintiffs may file an opposition to the motion by February 16, 2012, and Cambrian Properties may file a reply by February 23, 2012. The Court may schedule a hearing on the motion after briefing is completed if such a hearing is necessary. *See* Civil L.R. 7-1(b).

IT IS SO ORDERED.

DATED: February 9, 2012

NATHANAEL M. COUSINS
United States Magistrate Judge