IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VELO ET AL,

    Plaintiffs,

v.

CAMBRIAN PROPERTIES, LLC, ET AL.,

    Defendants.

                                        /

No. C 11-01443 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION TO SET ASIDE DEFAULT AND DENYING MOTION FOR DEFAULT JUDGMENT**

    The Court has reviewed Magistrate Judge Nathanael M. Cousins' Report and Recommendation ("Report") regarding Plaintiffs' motion for default judgment and Defendant's motion to set aside default. The Court has received no objections. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the Court GRANTS Defendant's motion to set aside the default entered against is and DENIES Plaintiffs' motion for default judgment.

    Defendant must file a response to the complaint within twenty-one days of this Order.

**IT IS SO ORDERED.**

Dated: April 2, 2012

                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE